UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IVY MEDINA,

                Plaintiff,

        -against-

KINGS ADULT CARE CENTER, LLC, and
BETTY MALDONADO, individually

                Defendants.

---

12-CV-00480

**STIPULATION OF
DISCONTINUANCE**

      IT IS HEREBY STIPULATED AND AGREED by the undersigned parties and/or counsel for the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action is dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

Dated: July 30, 2012

_____
Alan B. Pearl
Alan B. Pearl & Associates, P.C.
*Attorneys for Defendant*
6800 Jericho Turnpike, Suite 218E
Syosset, New York 11791
516.921.6645

_____
Adriane S. Eisen
The Arcé Law Group, PC
*Attorneys for Plaintiff*
30 Broad Street, 35th Floor
New York, New York 10004
212.587.0760

**So Ordered.**

Dated: _____, 2012

_____
United States District Judge